UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as Trustee for the registered holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2012-C5, acting by and through Rialto Capital Advisors, LLC as Special Servicer,<br><br>      Plaintiff,<br>  -against-<br><br>767 8TH AVE LLC, SHERMAN MANAGEMENT LLC, JOGINDER Y. SHARMA, NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, & JOHN DOES 1 THROUGH 10,<br><br>      Defendants. | **ORDER**<br><br>21 Civ. 4913 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The hearing in this matter currently scheduled for July 9, 2021 is adjourned to **July 16, 2021 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    July 1, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge