UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as Trustee for the registered holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2012-C5, acting by and through Rialto Capital Advisors, LLC as Special Servicer, <br><br> Plaintiff, <br> -against- <br><br> 767 8TH AVE LLC, SHERMAN MANAGEMENT LLC, JOGINDER Y. SHARMA, NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, & JOHN DOES 1 THROUGH 10, <br><br> Defendants. | **ORDER** <br><br> 21 Civ. 4913 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

       Post-hearing briefing will proceed on the following schedule:

       Plaintiff's submission is due by August 13, 2021;

       Defendants' response is due September 3, 2021;

       Plaintiff's reply is due September 10, 2021.

Dated:  New York, New York
         July 28, 2021

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge