AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

U.S. Bank National Association
  Plaintiff (s),
V.
767 8th Ave LLC et al.
  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-cv-04913-PGG

Notice is hereby given that, subject to approval by the court, U.S. Bank National Association substitutes
(Party (s) Name)

Keith M. Brandofino, Esq. , State Bar No. 404108 as counsel of record in
(Name of New Attorney)

place of   Christopher A. Riley, John Patrick Doherty, and William Hao of Alston & Bird LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Holland & Knight LLP
Address:        900 Third Avenue, 20th Fl., New York, New York 10022
Telephone:      (212) 751-3166          Facsimile  (214) 880-3112
E-Mail (Optional):  keith.brandofino@hklaw.com

I consent to the above substitution.
Date:  8/9/2021

_(Signature of Party (s))_

I consent to being substituted.
Date:  8/10/2021

/s/ William Hao
_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date:  8/11/2021

/s/ Keith M. Brandofino
_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date:  August 12, 2021

_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]