UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as Trustee for the registered holders of Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2012-C5, acting by and through Rialto Capital Advisors, LLC as Special Servicer,<br><br>     Plaintiff,<br> -against-<br><br>767 8TH AVE LLC, SHERMAN MANAGEMENT LLC, JOGINDER Y. SHARMA, NEW YORK CITY DEPARTMENT OF FINANCE, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, & JOHN DOES 1 THROUGH 10,<br><br>     Defendants. | **ORDER**<br><br>21 Civ. 4913 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    For the reasons stated on the record on January 18, 2022, Plaintiff's request to appoint a receiver is denied.

Dated: New York, New York
    January 20, 2022

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge